UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20683-CR-MIDDLEBROOKS/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH EUGENE THOMAS, JR.,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    The Honorable Donald M. Middlebrooks referred this matter to me to conduct a change of plea hearing for the Defendant Kenneth Eugene Thomas, Jr. [DE 149]. I held that hearing on January 9, 2019, and for the following reasons recommend that the Court accept Defendant's plea of guilty.

    1.    I told Defendant of his right to have these proceedings conducted by the Judge Middlebrooks, the presiding District Court Judge. I also advised Defendant that Judge Middlebrooks would sentence Defendant, and make all findings and rulings concerning the Defendant's sentence.

    2.    Defendant was made aware that he did not have to permit this Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted by Judge Middlebrooks. Defendant, Defendant's attorney and the Assistant

United States Attorney all agreed on the record and consented to my conducting the change of plea hearing.

3. I conducted the plea colloquy with Defendant in accordance with Federal Rule of Criminal Procedure 11.

4. Defendant plead guilty to both crimes charged in the Indictment: Counts 1 and 13. Count 1 charges Defendant with conspiracy to possess with intent to distribute 28 grams or more of crack cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii), and Count 13 charges that on May 18, 2017, Defendant did possess, with the intent to distribute, 28 grams or more of crack cocaine, in violation of Title 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B)(iii). [DE 3].

5. Government counsel identified all of the essential elements of the crimes charged in Counts 1 and 13, and Defendant explained in his own words how he committed those crimes. I found that a factual basis exists for Defendant's plea of guilty. The Court advised Defendant of the statutory maximum penalties, and Defendant acknowledged that he understood these possible penalties, including the mandatory minimum five (5) year period of imprisonment and maximum 40 year period of imprisonment for each count. The Court, counsel and Defendant discussed at length the possibility that the Court could find that Defendant qualifies as a "career offender" under the sentencing guidelines, and discussed at length that Defendant pleads guilty without any assurance what sentence the Court will ultimately impose (other than the assurance that his sentence will not exceed the maximum authorized by law).

6. Based upon the foregoing, and the statements and findings at the plea colloquy which I incorporate into this Report and Recommendation, I find that Defendant was competent and capable of entering an informed plea, and that his guilty plea was knowing and voluntary and has factual support. I recommend that the Court adopt these findings, and adjudicate Defendant guilty of Counts 1 and 13 of the Indictment.

7. The U.S. Probation Office will prepare a pre-sentence investigation report, and the Defendant was advised that his **sentencing has been scheduled for March 12, 2019, at 10:00 a.m., before the Honorable Donald M. Middlebrooks, at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Courtroom 1155, Miami, Florida, 33132.**

Accordingly, I **RECOMMEND** that the Court accept Defendant's plea of guilty, adjudicate Defendant guilty of Counts 1 and 13 of the Indictment, and that a sentencing hearing be conducted for final disposition of this matter.

**No later than fourteen days from the date of this Report and Recommendation** the parties may file any written objections to this Report and Recommendation with the Honorable Donald M. Middlebrooks, who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), 28 U.S.C. § 636(b)(1); Fed.R.Crim.P. 59(b), 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** this 10th day of January, 2019, at Miami, Florida.

*/s/ Chris McAliley*
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Donald M. Middlebrooks
Counsel of record